In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of IRVING TRUST COMPANY and ADELAIDE ROBERTS, as Executors, etc., of BENJAMIN L. M. BATES, Deceased.*

First Department, April 18, 1939.

*Frederick N. Van Zandt*, for the motion.

*M. Claiborne Mebel* of counsel, for the executors of the estate of Benjamin L. M. Bates, deceased, and *Jerome A. Strauss* of counsel, for Mary Haac Alexander, opposed.

PER CURIAM. Motion for reargument denied.

Motion to take additional proof under section 309 of the Surrogate's Court Act denied upon the ground that there is no necessity for the exercise of that power in favor of the claimant Bates, since all the matters on which she now relies may be presented to the surrogate under our decision, which expressly reserves that right to her.

TOWNLEY, GLENNON and UNTERMYER, JJ., concur; MARTIN, P. J., and O'MALLEY, J., dissent.

MARTIN, P. J. (dissenting). I dissent and vote to grant the motion. This matter should be disposed of without any further delay.

O'MALLEY, J., concurs.

Motion for reargument and for other relief denied.

* See 255 App. Div. 615, revg. in part, 167 Misc. 641.